E-FILED
Thursday, 09 September, 2004  02:42:07 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, DIVISION

| | |
|---|---|
| THE DOWNEY GROUP, INC., and DAVID J. DOWNEY,<br>          Plaintiffs,<br><br>v.<br><br>BRUCE KNOX,<br>          Defendant. | )<br>)<br>)<br>) Case No. 03-2081<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EMERGENCY HEARING, OR, IN THE ALTERNATIVE, MOTION FOR CONTINUANCE

NOW COMES THE DOWNEY GROUP, INC. and DAVID J. DOWNEY, Plaintiffs, by their attorney, Richard T. West of MEYER CAPEL, P.C., and for their Motion for Emergency Hearing or, in the Alternative, Motion for Continuance in the above-captioned matter states as follows:

1.    On November 7, 2003, this Court entered a written Order which, among other things, ordered that "This case is stayed pending the completion of arbitration of Downey Group's claims."

2.    The Downey Group, Inc. has filed a Demand for Arbitration, which includes the claims encompassed within the Complaint which formed the basis of the Court's Order on November 7, 2003.  As indicated to the Court in the status conference held on September 7, 2004, it is anticipated that the arbitration of that case will occur in the next eight to nine months.

3.  In reliance upon the Order of November 7, 2003, which specifically stayed the above-captioned case, Plaintiffs' counsel believed that the Discovery Order entered on July 29, 2003 was in like manner stayed or supplanted.

4.  On September 8, 2004, Plaintiffs' counsel attempted to call this matter to the Court's attention via a faxed letter, which, based upon the Text Order resulting therefrom, was not the Court's preferred method of approach, and said counsel apologizes for any irregularity in the procedure utilized.

5.  Because of the fact that the November 7, 2003 Order stays this case, and the fact that the arbitration has not yet been completed, Plaintiffs respectfully request a status hearing via teleconference at the earliest possible date to clarify the effect of the stay entered on November 7, 2003 or, in the alternative, a continuation of this case by court order until conclusion of the arbitration.

Respectfully submitted,

THE DOWNEY GROUP, INC., and DAVID J. DOWNEY, Plaintiffs,

By:   Meyer Capel, a Professional Corporation

By:   S:/*Richard T. West*
      Richard T. West

Richard T. West
MEYER CAPEL, A Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL   61826-6750
Telephone:   217/352-1800
Facsimile:   217/352-1083

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2004, I electronically filed the foregoing Motion for Emergency Hearing or, in the Alternative, Motion for Continuance, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

<u>Cameron R. Krieger, Esq</u>.

    <u>S:/*Richard T. West*</u>
    Richard T. West
    Bar #02989719
    Meyer Capel, a Professional Corporation
    306 W. Church Street
    P.O. Box 6750
    Champaign, IL   61826-6750
    Telephone:   217/352-1800
    Facsimile:   217-352-1083
    E-mail:   rwest@meyercapel.com

O:\Downey\Federal Court - IL - Knox\Motion for Emergency Hearing.doc/9/9/04 2:41 PM