**E-FILED**
Tuesday, 12 October, 2004  11:18:04 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **THE DOWNEY GROUP, INC., and** | ) | |
| **DAVID J. DOWNEY,** | ) | |
| Plaintiffs, | ) | Case No.  03-2081 |
| v. | ) | |
| | ) | **Judge Michael P. McCuskey** |
| **BRUCE KNOX** | ) | |
| | ) | **Magistrate Judge David G. Bernthal** |
| Defendant. | ) | |
| | ) | |

### RESPONSE TO COURT ORDER REGARDING JURISDICTION

Pursuant to this Court's order of September 27, 2004, defendant Bruce Knox hereby files his affidavit, attached at Tab A, which establishes that diversity jurisdiction existed at the time this case was removed to this Court.

Dated:  October 12, 2004

Respectfully submitted,

/s/ Cameron R. Krieger
One of the Attorneys for Defendant Knox

Cameron R. Krieger
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800 Sears Tower
Chicago, Illinois 60606
(312) 876-7700

# TAB A

State of California )
) ss.
County of Riverside )

## **AFFIDAVIT OF BRUCE KNOX**

After first being duly sworn, Bruce Knox appeared before me this 11th day of October, 2004, and stated:

1.    That both now and at the time he authorized the case of *The Downey Group, Inc., and David J. Downey v. Bruce Knox*, No. 03-CV-2081, Central District of Illinois, Urbana Division, to be removed from state to federal court, he  was and is a resident of La Quinta, California and presently intends to remain a citizen of the State of California.

2.    That to his information and belief, David Downey is a citizen of Illinois and was a citizen of Illinois at the time this case was removed from state court to federal court.

3.    That to his information and belief, The Downey Group, Inc., is incorporated in the state of Illinois, has its principal place of business in Illinois, and does business in Illinois, and is and was a citizen of Illinois at the time this case was removed from state court to federal court.

FURTHER AFFIANT SAYETH NOT.

_____
Bruce Knox

Subscribed and sworn to before me

this 11th day of October, 2004.

_____
Notary Public

KIM ALVAREZ
Commission # 1348287
Notary Public - California
Riverside County
My Comm. Expires Mar 25, 2008

## CERTIFICATE OF SERVICE

I, Cameron R. Krieger, hereby certify that I caused a copy of the foregoing

**RESPONSE TO COURT ORDER REGARDING JURISDICTION** to be served by pre-paid

U.S. Mail upon:

> Richard T. West, Esq.
> Meyer Capel, A Professional Corporation
> 306 West Church Street
> P.O. Box 6750
> Champaign, Illinois  61820

on this 12th day of October, 2004.

/s/ Cameron R. Krieger
Cameron R. Krieger