E-FILED
Tuesday, 12 October, 2004  04:18:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| THE DOWNEY GROUP, INC. and DAVID J. DOWNEY, <br><br> Plaintiffs, <br><br> v. <br><br> BRUCE KNOX, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 03-CV-2081 |

## ORDER

On September 27, 2004, this court entered an Order (#21) which stated that it had concerns regarding the basis for this court's jurisdiction. Accordingly, this court ordered Defendant to submit, within fourteen (14) days, a document which established the basis for this court's jurisdiction. This court further stated that it would not rule on Plaintiffs' Motion for Emergency Hearing (#20) until it was satisfied that it has jurisdiction over this case.

On October 12, 2004, Defendant filed the Affidavit (#22) of Bruce Knox. In his affidavit, Knox stated that he is a citizen of the State of California and that David Downey and the Downey Group, Inc. are citizens of the State of Illinois. Based upon the affidavit and the facts set forth therein, this court is satisfied that it has diversity jurisdiction over this case.

This court now turns to Plaintiffs' Motion for Emergency Hearing, or, in the Alternative, Motion for Continuance (#20). In their Motion, Plaintiffs seek to continue the final pretrial conference and bench trial pending the conclusion of arbitration. In this court previous Order (#21), this court set forth its reasons for not vacating the final pretrial conference and bench trial dates in this case at the time the case was stayed pending arbitration. This court also noted that, according to Plaintiffs' counsel, arbitration was not commenced until approximately 10 months after this court's Order compelling arbitration of Downey Group's claims. Based upon these facts, this court

concludes that Plaintiffs' Motion for Emergency Hearing, or, in the Alternative, Motion for Continuance (#20) must be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) Plaintiffs' Motion for Emergency Hearing, or, in the Alternative, Motion for Continuance (#20) is DENIED.

(2) This case remains scheduled for a telephone status conference on November 19, 2004, at 11:15 a.m. The status of arbitration proceedings will be discussed on that date.

(3) At this point, the case remains scheduled for a final pretrial conference on December 20, 2004, and a bench trial on January 18, 2005.

ENTERED this 12th day of October, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE