**E-FILED**
Thursday, 03 February, 2005  09:21:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, DIVISION

| | | |
|---|---|---|
| THE DOWNEY GROUP, INC., and | ) | |
| DAVID J. DOWNEY, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 03-2081 |
| | ) | |
| BRUCE KNOX, | ) | |
|     Defendant. | ) | |

## STIPULATION OF SETTLEMENT AND DISMISSAL

NOW COME the parties hereto, by their respective undersigned attorneys, and stipulate

and agree that the above suit has been settled and should be dismissed with prejudice, all costs

having been paid.  The parties further stipulate that the attached Order should be entered

instanter, without notice.

| THE DOWNEY GROUP, INC. and DAVID J. DOWNEY, Plaintiffs | BRUCE KNOX, Defendant |
|---|---|
| By:   MEYER CAPEL, a Professional Corporation | By:   LATHAM & WATKINS LLP |
| By:   s/*RICHARD T. WEST*_____ <br>       Richard T. West | By:   s/*CAMERON R. KRIEGER*_____ <br>       Cameron R. Krieger |

Prepared by:
Richard T. West
MEYER CAPEL, A Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL   61826-6750
Telephone:    217/352-1800
Facsimile:    217/352-1083
O:\Downey\Federal Court - IL - Knox\Stipulation of Settlement and Dism - signed.doc