**E-FILED**
Thursday, 03 February, 2005  09:22:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, DIVISION

| | |
|---|---|
| THE DOWNEY GROUP, INC., and ) <br> DAVID J. DOWNEY, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRUCE KNOX, ) <br>     Defendant. ) | Case No. 03-2081 |

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Settlement and Dismissal filed herein, the captioned cause is hereby dismissed with prejudice, all costs having been paid.

Dated:  _____   Enter:  _____
                                                                                                        Judge

Prepared by:
Richard T. West
MEYER CAPEL, A Professional Corporation
306 W. Church Street
P.O. Box 6750
Champaign, IL   61826-6750
Telephone:    217/352-1800
Facsimile:    217/352-1083

O:\Downey\Federal Court - IL - Knox\Order of Dismissal.doc