**E-FILED**
Thursday, 03 February, 2005  02:50:56 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **THE DOWNEY GROUP, INC. and** | ) | |
| **DAVID J. DOWNEY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 03-CV-2081** |
| | ) | |
| **BRUCE KNOX,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On February 3, 2005, the parties filed a Stipulation of Settlement and Dismissal (#24).  The

parties stated that they stipulated and agreed that the case has been settled and should be dismissed

with prejudice, all costs having been paid.  The parties further stipulated that an Order dismissing

the case should be entered.

IT IS THEREFORE ORDERED THAT:

(1)  This case is dismissed with prejudice, all costs having been paid.

(2) This case is terminated.

ENTERED this 3rd day of February, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE